PEOPLE v. RAYMOND WILLIAMS

Appeal from Genesee, Stewart A. Newblatt, J. Submitted Division 2 March 4, 1969, at Grand Rapids. (Docket No. 4,384.) Decided March 28, 1969.

Raymond Williams was convicted of armed robbery. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, and *Donald A. Kuebler,* Assistant Prosecuting Attorney, for the people.

*Harry S. Sherwin,* for defendant on appeal.

BEFORE: HOLBROOK, P. J., and FITZGERALD and T. M. BURNS, JJ.

PER CURIAM. On June 27, 1967, defendant was sentenced to a term of 5-1/2 to 15 years imprisonment, having been found guilty by a jury of armed robbery contrary to CLS 1961, § 750.529 (Stat Ann 1969 Cum Supp § 28.797). The claim of appeal raises a single contention, *i.e.,* that the sentence is invalid because the minimum exceeds one-half of the maximum contrary to PA 1905, No 184. A motion to affirm has been filed on the ground that defendant's claim that the sentence of 5-1/2 to 15 years in prison is improper under the provisions of

PA 1905, No 184, § 3 is lacking in merit* for the reason that the statute has been superseded by the present statute, CLS 1961, § 769.9 (Stat Ann 1969 Cum Supp § 28.1081), and further that the sentence of 5-1/2 to 15 years for armed robbery was proper and cannot be disturbed. *People* v. *Pate* (1965), 2 Mich App 66.

We find that the question presented is unsubstantial and requires no formal argument or submission.

Affirmed.

---

* Obviously, the 5-1/2-year minimum sentence is less than one-half of the 15-year maximum, so that the sentence would not be improper even under the old statute.